**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Justin G. Hewgill (State Bar #259528)
Christine T. LeVu (State Bar #288271)
Jesus Adolfo Sanchez Contreras (State Bar #354371)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Email(s):
   norm@bamlawca.com
   kyle@bamlawca.com
   AJ@bamlawca.com
   justin@bamlawca.com
   christine@bamlawca.com
   adolfo@bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MONTIEL, an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No. 2:26-cv-01010-DJC-CSK |
| | Assigned to Hon. Daniel J. Calabretta |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| NORTH SKY COMMUNICATIONS, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive; | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Justin G. Hewgill with the law firm of Blumenthal Nordrehaug Bhowmik De Blouw LLP hereby enters an appearance as counsel of record on behalf of Plaintiff CARLOS MONTIEL, and all persons similarly situated. The contact information for Justin G. Hewgill is as follows:

> Justin G. Hewgill (State Bar #259528)
> Blumenthal Nordrehaug Bhowmik De Blouw LLP
> 2255 Calle Clara
> La Jolla, CA 92037
> Tel: (858) 551-1223 | Fax: (858) 551-1232
> E-mail: justin@bamlawca.com

Please update your service lists accordingly.

DATED: July 9, 2026                    BLUMENTHAL NORDREHAUG
                                       BHOWMIK DE BLOUW LLP


                                       By: /s/ *Justin G. Hewgill*
                                       _____

                                           Justin G. Hewgill
                                           Attorneys for Plaintiff

2

NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On July 9, 2026, I served the document(s) described as below in the manner set forth below:

### 1. NOTICE OF APPEARANCE

**XX**    (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Eastern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**XX**    (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 9, 2026, at San Diego, California.

*/s/ Justin G. Hewgill*
Justin G. Hewgill

3

NOTICE OF APPEARANCE